UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM G. HICKS,

        Plaintiff,        Case No. 1:09-cv-942

v.        Honorable Paul L. Maloney

UNKNOWN NOVAK et al.,

        Defendants.
_____/

## ORDER FOR PARTIAL SERVICE

In accordance with the Opinion filed this date:

**IT IS ORDERED** that Plaintiff's action against Defendants Novak, Stoddard, McKee and Jackson be **DISMISSED WITH PREJUDICE** on the basis of immunity or for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that the Clerk shall arrange for service of summons and complaint, along with a copy of this order, upon Defendant Welton.

**IT IS FURTHER ORDERED** that Defendant shall reply to the complaint by way of answer, motion to dismiss, or motion for summary judgment within the time allowed by law. *See* 42 U.S.C. § 1997e(g)(1).

Dated:   November 9, 2009        /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      Chief United States District Judge