UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| WILLIAM HICKS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Case No. 1:09-cv-942 |
| | ) | |
| v. | ) | Honorable Paul L. Maloney |
| | ) | |
| D. WELTON, | ) | |
| | ) | **JUDGMENT** |
| Defendant. | ) | |
| | ) | |

In accordance with the memorandum opinion issued this date:

IT IS ORDERED that plaintiff's motion for voluntary dismissal (docket # 18) be and hereby is GRANTED and that the action against defendant Douglas Welton is hereby DISMISSED WITHOUT PREJUDICE.

This is a final order and closes this case.


Dated: June 16, 2010                /s/ Paul L. Maloney
                                    Paul L. Maloney
                                    Chief United States District Judge